**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: GERALD J. MATTIO                                      Case Number: 07-70296
2615 DRUCKER LANE           SSN-xxx-xx-8827
MCHENRY, IL  60051

Case filed on:  2/14/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,484.72          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 2,500.00 | 2,500.00 | 2,354.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,354.00 | 0.00 |
| 999 | GERALD J. MATTIO | 0.00 | 0.00 | 351.30 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 351.30 | 0.00 |
| 001 | FIRST MIDWEST BANK NA | 3,057.83 | 3,057.83 | 462.36 | 118.84 |
| 002 | SELECT PORTFOLIO SERVICING | 5,000.00 | 0.00 | 0.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 42,226.46 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 50,284.29 | 3,057.83 | 462.36 | 118.84 |
| 004 | AMERICAN GENERAL FINANCIAL SERVICES | 2,783.22 | 2,783.22 | 0.00 | 0.00 |
| 005 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MICHLING HOFMANN VINTON PLAZA & WICK | 199.00 | 199.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,982.22 | 2,982.22 | 0.00 | 0.00 |
|  | Grand Total: | 55,766.51 | 8,540.05 | 3,167.66 | 118.84 |

Total Paid Claimant:       $3,286.50
Trustee Allowance:         $198.22          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan